ECF

# U.S. District Court
# United States District Court for the Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:07-cv-02777-AKH

The County of Orange v. Abbott Laboratories, Inc.
Assigned to: Judge Alvin K. Hellerstein
Cause: 18:1962 Racketeering (RICO) Act

Date Filed: 04/05/2007
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Diversity

**Plaintiff**

**The County of Orange**   represented by   **Stanley Joel Levy**
Levy, Phillips & Konigsberg, LLP

800 Third Avenue
13th Floor
New York, NY 10022
(212) 605-6210
Fax: (212) 605-6290
Email: slevy@lpklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theresa Ann Vitello**
Levy, Phillips & Konigsberg, LLP

800 Third Avenue
13th Floor
New York, NY 10022
(212) 605-6205
Fax: (212) 605-6290
Email: tvitello@lpklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Lee Darwin**
Orange County Department of Law
Law Department

255 Main Street
Goshen, NY 10924
(845) 291-3150
Fax: (845) 291-3167
Email: ddarwin@co.orange.ny.us
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Abbott Laboratories, Inc.

**Defendant**

Abbott Laboratories, Inc.

**Defendant**

Agouron Pharmaceuticals, Inc.

**Defendant**

Alcon Laboratories, Inc.

**Defendant**

Allergan, Inc.

**Defendant**

Alpharma, Inc.

**Defendant**

Amgen, Inc.

**Defendant**

Apotex, Inc.

**Defendant**

Astellas Pharma US, Inc.

**Defendant**

AstraZeneca Pharmaceuticals, L.P.

**Defendant**

Aventis Behring, L.L.C.

**Defendant**

Aventis Pharmaceuticals Inc.

**Defendant**

Barr Laboratories, Inc.

**Defendant**

Berlex Laboratories, Inc.

**Defendant**

Boehringer Ingelheim Corporation

**Defendant**

Bristol-Myers Squibb Company

**Defendant**

Dermik Laboratories, Inc.

**Defendant**

Dey, Inc.

**Defendant**

Eisai Inc.

**Defendant**

Eisai Co. Ltd.

**Defendant**

Eli Lilly and Company

**Defendant**

Endo Gen. Prod.

**Defendant**

Endo Pharmaceuticals Inc.

**Defendant**

Endo Pharmaceuticals Holdings Inc.

**Defendant**

Forest Pharmaceuticals, Inc.

**Defendant**

**Forest Pharmaceuticals, Inc.**

**Defendant**

**Forest Laboratories, Inc.**

**Defendant**

**Forest Laboratories Inc.**

**Defendant**

**Genentech, Inc.**

**Defendant**

**Geneva Pharmaceuticals**

**Defendant**

**Genzyme Corporation**

**Defendant**

**Gilead Sciences, Inc.,**

**Defendant**

**GlaxoSmithKline PLC**

**Defendant**

**GlaxoSmithKline PLC**

**Defendant**

**Greenstone Ltd.**

**Defendant**

**Hoffman-La Roche Inc.**

**Defendant**

**Immunex Corp.**

**Defendant**

**IVAX Pharmaceuticals, Inc.**

**Defendant**

**Janssen Pharmaceutica Products L.P.**

**Defendant**

**Johnson & Johnson Group**

**Defendant**

**King Pharmaceuticals, Inc.**

**Defendant**

**Kremers Urban Dev. Co.**

**Defendant**

**Mallinckrodt Inc.**

**Defendant**

**Medimmune, Inc.,**

**Defendant**

**McNeil Consumer**

**Defendant**

**McNeil PPC, Inc.**

**Defendant**

**Merck & Co., Inc.**

**Defendant**

**Monarch Pharmaceuticals, Inc.**

**Defendant**

**Mylan Pharmaceuticals Inc.**

**Defendant**

**Mylan Laboratories, Inc.**

**Defendant**

**Novartis Pharmaceutical Corporation**

**Defendant**

**Novartis Pharmaceuticals Corporation**

**Defendant**

**Novo Nordisk Pharmaceuticals,**

Inc.

**Defendant**

**Oncology Therapeutics Corp.**

**Defendant**

**Organon Pharmaceuticals USA, Inc.**

**Defendant**

**Orth-Biotech Products L.P.**

**Defendant**

**Ortho-McNeil Pharmaceutical, Inc.**

**Defendant**

**Otsuka America, Inc.**

**Defendant**

**Par Pharmaceutical Companies, Inc.**

**Defendant**

**Par Pharmaceutical Inc**

**Defendant**

**Pfizer Inc.**

**Defendant**

**Proctor & Gamble Pharmaceuticals, Inc.**

**Defendant**

**Purdue Pharma Company**

**Defendant**

**Purdue Frederick Company**

**Defendant**

**Purdue Pharma L.P.**

**Defendant**

Purepacpharmaceutical Co.

**Defendant**

Pharmacia & Upjohn, Inc.

**Defendant**

Ranbaxy Pharmaceuticals Inc.

**Defendant**

Roche Laboratories Inc.

**Defendant**

Sandoz Inc.

**Defendant**

Sanofi Synthelabo Inc.

**Defendant**

Sanofi-Aventis

**Defendant**

Schering-Plough Corporation

**Defendant**

Schwarzpharma Holdings, Inc.

**Defendant**

Sepracor Inc.

**Defendant**

Shire PLC

**Defendant**

Shire US Inc.

**Defendant**

Smith Kline Beecham Corp.

**Defendant**

Takeda Pharmaceuticals North America, Inc.

**Defendant**

**Takeda Pharmaceutical Co., Ltd.**

**Defendant**

**TAP Pharmaceuticals, Inc.**

**Defendant**

**Tap Pharmaceutical Products Inc.,**

**Defendant**

**Taro Pharmaceutical Industries Ltd.**

**Defendant**

**Taro Pharmaceuticals U.S.A., Inc.**

**Defendant**

**Teva Pharmaceuticals Industries Ltd.**

**Defendant**

**Teva Pharmaceuticals Industries, Ltd.**

**Defendant**

**Tyco Healthcare**

**Defendant**

**UCB Pharma, Inc.**

**Defendant**

**UCB, S.A.**

**Defendant**

**Warrick Pharmaceuticals**

**Defendant**

**Watson Pharmaceuticals, Inc.**

**Defendant**

**Watson Pharma Inc.**

**Defendant**

Wyeth

**Defendant**

Zeneca Holdings Inc.

| Date Filed | # | Docket Text |
|---|---|---|
| 04/05/2007 | 1 | COMPLAINT against Watson Pharma Inc., Wyeth, Zeneca Holdings Inc., Alcon Laboratories, Inc., Allergan, Inc., Alpharma, Inc., Amgen, Inc., Apotex, Inc., Astellas Pharma US, Inc., AstraZeneca Pharmaceuticals, L.P., Aventis Behring, L.L.C., Aventis Pharmaceuticals Inc., Barr Laboratories, Inc., Berlex Laboratories, Inc., Boehringer Ingelheim Corporation, Bristol-Myers Squibb Company, Dermik Laboratories, Inc., Dey, Inc., Eisai Inc., Eisai Co. Ltd., Eli Lilly and Company, Endo Gen. Prod., Endo Pharmaceuticals Inc., Endo Pharmaceuticals Holdings Inc., Forest Pharmaceuticals, Inc., Forest Laboratories, Inc., Forest Laboratories Inc., Genentech, Inc., Geneva Pharmaceuticals, Genzyme Corporation, Gilead Sciences, Inc.,, GlaxoSmithKline PLC, Greenstone Ltd., Hoffman-La Roche Inc., Immunex Corp., IVAX Pharmaceuticals, Inc., Janssen Pharmaceutica Products L.P., Johnson & Johnson Group, King Pharmaceuticals, Inc., Kremers Urban Dev. Co., Mallinckrodt Inc., Abbott Laboratories, Inc., Medimmune, Inc.,, McNeil Consumer, McNeil PPC, Inc., Merck & Co., Inc., Monarch Pharmaceuticals, Inc., Mylan Pharmaceuticals Inc., Mylan Laboratories, Inc., Novartis Pharmaceutical Corporation, Novartis Pharmaceuticals Corporation, Novo Nordisk Pharmaceuticals, Inc., Oncology Therapeutics Corp., Organon Pharmaceuticals USA, Inc., Orth-Biotech Products L.P., Ortho-McNeil Pharmaceutical, Inc., Otsuka America, Inc., Par Pharmaceutical Companies, Inc., Par Pharmaceutical Inc, Pfizer Inc., Proctor & Gamble Pharmaceuticals, Inc., Purdue Pharma Company, Purdue Frederick Company, Purdue Pharma L.P., Purepacpharmaceutical Co., Pharmacia & Upjohn, Inc., Ranbaxy Pharmaceuticals Inc., Roche Laboratories Inc., Sandoz Inc., Sanofi Synthelabo Inc., Sanofi-Aventis, Schering-Plough Corporation, Schwarzpharma Holdings, Inc., Sepracor Inc., Shire PLC, Shire US Inc., Smith Kline Beecham Corp., Takeda Pharmaceuticals North |

| | | |
|---|---|---|
| | | America, Inc., Takeda Pharmaceutical Co., Ltd., TAP Pharmaceuticals, Inc., Tap Pharmaceutical Products Inc.,, Taro Pharmaceutical Industries Ltd., Taro Pharmaceuticals U.S.A., Inc., Teva Pharmaceuticals Industries Ltd., Teva Pharmaceuticals Industries, Ltd., Tyco Healthcare, UCB Pharma, Inc., UCB, S.A., Warrick Pharmaceuticals, Watson Pharmaceuticals, Inc., Agouron Pharmaceuticals, Inc.. (Filing Fee $ 350.00, Receipt Number 610969)Document filed by The County of Orange. (Attachments: # 1 Exhibit)(mbe) (Entered: 04/10/2007) |
| 04/05/2007 | | SUMMONS ISSUED as to Watson Pharma Inc., Wyeth, Zeneca Holdings Inc., Alcon Laboratories, Inc., Allergan, Inc., Alpharma, Inc., Amgen, Inc., Apotex, Inc., Astellas Pharma US, Inc., AstraZeneca Pharmaceuticals, L.P., Aventis Behring, L.L.C., Aventis Pharmaceuticals Inc., Barr Laboratories, Inc., Berlex Laboratories, Inc., Boehringer Ingelheim Corporation, Bristol-Myers Squibb Company, Dermik Laboratories, Inc., Dey, Inc., Eisai Inc., Eisai Co. Ltd., Eli Lilly and Company, Endo Gen. Prod., Endo Pharmaceuticals Inc., Endo Pharmaceuticals Holdings Inc., Forest Pharmaceuticals, Inc., Forest Laboratories, Inc., Forest Laboratories Inc., Genentech, Inc., Geneva Pharmaceuticals, Genzyme Corporation, Gilead Sciences, Inc.,, GlaxoSmithKline PLC, Greenstone Ltd., Hoffman-La Roche Inc., Immunex Corp., IVAX Pharmaceuticals, Inc., Janssen Pharmaceutica Products L.P., Johnson & Johnson Group, King Pharmaceuticals, Inc., Kremers Urban Dev. Co., Mallinckrodt Inc., Abbott Laboratories, Inc., Medimmune, Inc.,, McNeil Consumer, McNeil PPC, Inc., Merck & Co., Inc., Monarch Pharmaceuticals, Inc., Mylan Pharmaceuticals Inc., Mylan Laboratories, Inc., Novartis Pharmaceutical Corporation, Novartis Pharmaceuticals Corporation, Novo Nordisk Pharmaceuticals, Inc., Oncology Therapeutics Corp., Organon Pharmaceuticals USA, Inc., Orth-Biotech Products L.P., Ortho-McNeil Pharmaceutical, Inc., Otsuka America, Inc., Par Pharmaceutical Companies, Inc., Par Pharmaceutical Inc, Pfizer Inc., Proctor & Gamble Pharmaceuticals, Inc., Purdue Pharma Company, Purdue Frederick Company, Purdue Pharma L.P., Purepacpharmaceutical Co., Pharmacia & Upjohn, Inc., Ranbaxy Pharmaceuticals Inc., Roche Laboratories Inc., Sandoz Inc., Sanofi Synthelabo Inc., Sanofi-Aventis, Schering-Plough Corporation, Schwarzpharma |

| | | |
|---|---|---|
| | | Holdings, Inc., Sepracor Inc., Shire PLC, Shire US Inc., Smith Kline Beecham Corp., Takeda Pharmaceuticals North America, Inc., Takeda Pharmaceutical Co., Ltd., TAP Pharmaceuticals, Inc., Tap Pharmaceutical Products Inc.,, Taro Pharmaceutical Industries Ltd., Taro Pharmaceuticals U.S.A., Inc., Teva Pharmaceuticals Industries Ltd., Teva Pharmaceuticals Industries, Ltd., Tyco Healthcare, UCB Pharma, Inc., UCB, S.A., Warrick Pharmaceuticals, Watson Pharmaceuticals, Inc., Agouron Pharmaceuticals, Inc.. (mbe) (Entered: 04/10/2007) |
| 04/05/2007 | | Magistrate Judge Frank Maas is so designated. (mbe) (Entered: 04/10/2007) |
| 04/05/2007 | | Case Designated ECF. (mbe) (Entered: 04/10/2007) |
| 05/02/2007 | 2 | WAIVER OF SERVICE RETURNED EXECUTED. Amgen, Inc. waiver sent on 4/20/2007, answer due 6/19/2007. Document filed by The County of Orange. (Vitello, Theresa) (Entered: 05/02/2007) |
| 05/02/2007 | 3 | WAIVER OF SERVICE RETURNED EXECUTED. Immunex Corp. waiver sent on 4/20/2007, answer due 6/19/2007. Document filed by The County of Orange. (Vitello, Theresa) (Entered: 05/02/2007) |
| 05/02/2007 | 4 | WAIVER OF SERVICE RETURNED EXECUTED. King Pharmaceuticals, Inc. waiver sent on 4/20/2007, answer due 6/19/2007. Document filed by The County of Orange. (Vitello, Theresa) (Entered: 05/02/2007) |
| 05/02/2007 | 5 | WAIVER OF SERVICE RETURNED EXECUTED. Monarch Pharmaceuticals, Inc. waiver sent on 4/20/2007, answer due 6/19/2007. Document filed by The County of Orange. (Vitello, Theresa) (Entered: 05/02/2007) |
| 05/02/2007 | 6 | WAIVER OF SERVICE RETURNED EXECUTED. Novartis Pharmaceuticals Corporation waiver sent on 4/20/2007, answer due 6/19/2007. Document filed by The County of Orange. (Vitello, Theresa) (Entered: 05/02/2007) |
| 05/03/2007 | 7 | WAIVER OF SERVICE RETURNED EXECUTED. Purdue Frederick Company waiver sent on 4/20/2007, answer due 6/19/2007. Document filed by The County of Orange. (Vitello, Theresa) (Entered: 05/03/2007) |
| 05/03/2007 | 8 | WAIVER OF SERVICE RETURNED EXECUTED. Purdue |

|            |    |                                                                                                                                                                                                                              |
|------------|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | Pharma Company waiver sent on 4/20/2007, answer due 6/19/2007. Document filed by The County of Orange. (Vitello, Theresa) (Entered: 05/03/2007)                                                                              |
| 05/03/2007 | 9  | WAIVER OF SERVICE RETURNED EXECUTED. Purdue Pharma L.P. waiver sent on 4/20/2007, answer due 6/19/2007. Document filed by The County of Orange. (Vitello, Theresa) (Entered: 05/03/2007)                                     |
| 05/07/2007 | 10 | WAIVER OF SERVICE RETURNED EXECUTED. Par Pharmaceutical Companies, Inc. waiver sent on 4/20/2007, answer due 6/19/2007. Document filed by The County of Orange. (Vitello, Theresa) (Entered: 05/07/2007)                     |
| 05/07/2007 | 11 | WAIVER OF SERVICE RETURNED EXECUTED. Par Pharmaceutical Inc waiver sent on 4/20/2007, answer due 6/19/2007. Document filed by The County of Orange. (Vitello, Theresa) (Entered: 05/07/2007)                                 |

| PACER Service Center |||| 
|---|---|---|---|
| **Transaction Receipt** ||||
| 05/09/2007 12:46:06 ||||
| PACER Login: | us2510 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:07-cv-02777-AKH |
| Billable Pages: | 5 | Cost: | 0.40 |